```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FEDERAL NATIONAL MORTGAGE ASSOCIATION,                             :
                                                                   :
                        Plaintiff,                                 :
                                                                   :
        -v-                                                        :
                                                                   :
JDM WASHINGTON STREET LLC, SWING                                   :
STAGING LLC, LINK RENOVATION, INC.,                                :
CARDELLA TRUCKING CO., INC., PHOENIX                               :
SUTTON STR. INC., THE PACE COMPANIES NEW                           :
YORK, INC., AMERICAN PIPE & TANK LINING CO.,                       :
INC., ADVANTAGE WHOLESALE SUPPLY LLC,                              :
ABC COMPANIES 1–100 (fictitious entities), & JOHN                  :
DOES 1–100 (fictitious persons),                                   :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

25-cv-1728 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Counsel for Defendants JDM Washington Street LLC ("JDM") and Joseph Moinian ("Moinian") has moved to withdraw as counsel and for a temporary stay of proceedings to permit Defendants to retain alternative counsel. Dkt. No. 72.

Any papers opposing the motion to withdraw shall be filed by May 23, 2025. The Court will then hold a telephonic hearing on the motion on May 29, 2025, at 4:30 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Moinian and a representative of JDM are directed to attend the conference.

JDM may not appear in court without an attorney, and if the Court permits the withdrawal of counsel, JDM will be required to timely secure other counsel or risk default. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202–03 (1993).

2

Plaintiff has consented to a temporary stay of deadlines. Dkt. No. 72-2. Accordingly, all deadlines in this case are stayed until the hearing on the motion to withdraw, including the deadlines for initial disclosures and Defendant's contemplated amended answer.

Defense counsel is directed to serve a copy of this order and of the motion to withdraw and accompanying papers on JDM and Moinian and to file an affidavit of service on the docket.

SO ORDERED.

Dated: May 21, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge