```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FEDERAL NATIONAL MORTGAGE ASSOCIATION,                             :
                                                                   :
                        Plaintiff,                                 :
                                                                   :         25-cv-1728 (LJL)
        -v-                                                        :
                                                                   :              ORDER
JDM WASHINGTON STREET LLC, SWING                                   :
STAGING LLC, LINK RENOVATION, INC.,                                :
CARDELLA TRUCKING CO., INC., PHOENIX                               :
SUTTON STR. INC., THE PACE COMPANIES NEW                           :
YORK, INC., AMERICAN PIPE & TANK LINING CO.,                       :
INC., ADVANTAGE WHOLESALE SUPPLY LLC,                              :
ABC COMPANIES 1–100 (fictitious entities), & JOHN                  :
DOES 1–100 (fictitious persons),                                   :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/29/2025

LEWIS J. LIMAN, United States District Judge:

Counsel for Defendants JDM Washington Street LLC ("JDM") and Joseph Moinian ("Moinian") has moved to withdraw as counsel and for a temporary stay of proceedings to permit Defendants to retain alternative counsel. Dkt. No. 72. The motion to withdraw is granted for the reasons stated on the record at the telephonic conference on May 29, 2025. A retaining lien is being asserted.

JDM may not appear in court without an attorney. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202–03 (1993). By July 11, 2025, JDM shall secure new counsel and new counsel shall file a notice of appearance on the docket. If an appearance is not filed by that time, JDM shall be at risk of default.

All dates in the case management plan and scheduling order, Dkt. No. 69, are adjourned *sine die* pending the appearance of a new attorney for JDM. The parties shall file a new

proposed case management plan by July 21, 2025.

The Court intends that the June 13, 2025, deadline for the parties to submit a mediation date also be suspended pending the appearance of a new attorney for JDM.

The Court notes that Mr. Moinian, as an individual, has the right to represent himself. The City Bar Justice Center runs a clinic providing free legal services to pro se litigants, which may be contacted at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by phone at 212-382-4794.

SO ORDERED.

Dated: May 29, 2025
      New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge