```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FEDERAL NATIONAL MORTGAGE ASSOCIATION,                                 :
                                                                       :
                            Plaintiff,                                 :
                                                                       :        25-cv-1728 (LJL)
            -v-                                                        :
                                                                       :           ORDER
JDM WASHINGTON STREET LLC, et al.,                                     :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On October 8, 2025, counsel for Trigild IVL in its capacity as the Court-appointed receiver for the assets of Defendant JDM Washington Street LLC submitted a letter to this Court concerning the purported Notice of Termination of the relevant ground lease, effective October 17, 2025 ("Notice of Termination"). Dkt. No. 88. The Receiver attached the Notice of Termination to their letter motion, served on the Receiver and Plaintiff by the Landlord. Dkt. No. 88-1. Plaintiff submitted a letter in support of the Receiver's letter motion. Dkt. No. 90. The Court held a telephonic conference regarding the letter motion on October 10, 2025. The Landlord appeared at the conference. This written order documents those orders delivered orally at the conference.

It is hereby ordered that the Notice of Termination and the termination of the ground lease that would take place under the Notice of Termination are stayed pending further order of the Court. It is further ordered that no action shall be taken to either interfere with or terminate the Ground Lease absent further order of this Court.

The Landlord's request to have until October 20, 2025, to make a motion to intervene in

the present action, and to file an application to lift the stay imposed by this Order is granted. Plaintiff and the Receiver must file their response to any such application by November 3, 2025. The Landlord will submit any reply by November 17, 2025. The Court will hold a hearing on the motion to intervene and the application to lift the stay in Courtroom 15C, 500 Pearl Street, at 2:00 p.m. on November 25, 2025.

    SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                      LEWIS J. LIMAN
                              United States District Judge