USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

-v-

JDM WASHINGTON STREET LLC, et al.,

Defendants.

---

25-cv-1728 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a show cause hearing in this matter on August 20, 2026, regarding the motion to withdraw as counsel filed by Goetz Platzer LLP. Dkt. Nos. 182, 184, 190. Representatives for Defendant JDM Washington Street LLC and Defendant Joseph Moinian did not appear. The motion to withdraw at Dkt. No. 182 is taken under advisement.

Defendant JDM Washington Street LLC is advised that it is not legally permitted to litigate the case *pro se*, and that withdrawal of counsel may result in a default judgment entered against it. *See S.E.C. v. Research Automation Corp*, 521 F.2d 585, 589 (2d Cir. 1975) ("It is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to Rule 55."); *see also Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), *cert denied*, 549 U.S. 1114 (2007).

Defendant Moinian is permitted to proceed *pro se*. To do so, Defendant Moinian must file a Notice of Pro Se Appearance, available at the Court's website at https://nysd.uscourts.gov/forms/notice-appearance, and provide all contact information in this

Notice. Defendant also may file (1) a Consent to Electronic Service to receive notification by email of all filings in this action, available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf, and instructions for this electronic service option are available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf; and (2) a Motion for Permission for Electronic Case Filing to file documents electronically, available at https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf.

Defendant Moinian is further advised that that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide advice in connection with a plaintiff's case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM. Appointments are also available remotely Monday through Friday, 10:00 A.M. to 4:00 P.M.

Defense counsel is ORDERED to serve a copy of this Order upon a representative of Defendant JDM Washington Street LLC and to Defendant Moinian via email and certified mail. Defense counsel shall file a letter on the docket by September 24, 2026, indicating that counsel has served both Defendants.

SO ORDERED.

Dated: August 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge