USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

-v-

JDM WASHINGTON STREET LLC, et al.,

Defendants.

25-cv-1728 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff's motion to seal at Dkt. No. 196 is GRANTED IN PART and DENIED IN PART. The motion is granted with respect to Dkt. No. 197-4 (Exhibit 4). Applying the more relaxed standard for filing applicable to discovery motions, the sealing of Exhibit 4 is justified based on countervailing factors because it contains confidential settlement information. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). The motion is denied as to Dkt. No. 197-5 (Exhibit 5) because the parties agree the document need not be sealed.

The Clerk of Court is respectfully directed to remove the seal on Dkt. No. 197-5 and to close the motion at Dkt. No. 196.

SO ORDERED.

Dated: August 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge