USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

-v-

JDM WASHINGTON STREET LLC, et al.,

Defendants.

25-cv-1728 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before this Court are two letter motions to compel discovery filed by Defendants/Counterclaim-Plaintiffs. *See* Dkt. Nos. 192, 193. The Court will hold a hearing on the motions on September 2, 2026 at 9:30 a.m. remotely via Microsoft Teams Video Conference. The parties will be provided instructions to access the hearing via email. Members of the public can access the hearing through the Court's audio only teleconference line by dialing 646-453-4442 and using Conference ID # 358639322.

SO ORDERED.

Dated: August 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge